IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01865-RM-KLM

THERESA PETEKEIWICZ,

    Plaintiff,

v.

JACK CAULEY, Police Chief, in his official and individual capacities,
TROY STEMBEL, Corporal, in his official and individual capacities,
TERRY WATTS, in his official and individual capacities, and
TOWN OF CASTLE ROCK,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendants' **Unopposed Motion for Entry of Stipulation and Protective Order** [#19][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulation and Protective Order [#19-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: December 16, 2013

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.