IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01865-RM-KLM

THERESA PETEKEIWICZ,

    Plaintiff,

v.

POLICE CHIEF, JACK CAULEY;
CORPORAL TROY STEMBEL; AND
TERRY WATTS, IN THEIR OFFICIAL
AND INDIVIDUAL CAPACITIES,
AND TOWN OF CASTLE ROCK,

    Defendants.

---

## PLAINTIFF'S AMENDMENT TO CIVIL SCHEDULING ORDER COMPUTATION OF DAMAGES

### 5. COMPUTATION OF DAMAGES

a.     Plaintiff:

The Plaintiff was wrongfully detained. Plaintiff's humerus was broken. She continues to suffer severe physical and emotional pain. The Plaintiff has past medical expenses of an estimated $20,000. The Plaintiff estimates that she will also need future medical care estimated between $10,000 and $20,000. She estimates her damages at $150,000, not including attorneys fees and costs.

DATED this __18th__ day of February ~~2013~~ 2014

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge


APPROVED:


s/ Natacha M. Gutierrez
**Natacha M. Gutierrez**
Law Offices of Natacha M. Gutierrez, LLC
695 S. Colorado Blvd., Suite 480
Denver, Colorado 80246
Tele: 303.900.3281
Fax:  866.632.9151
natacha@nmgutierrezlaw.com
*Attorney for Plaintiff*