IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01865-RM-KLM

THERESA PETEKEIWICZ,

    Plaintiff,

v.

JACK CAULEY, Police Chief, in his official and individual capacities,
TROY STEMBEL, Corporal, in his official and individual capacities,
TERRY WATTS, in his official and individual capacities, and
TOWN OF CASTLE ROCK,

    Defendants.

___

## MINUTE ORDER
___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline** [#30][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.  The Scheduling Order entered on November 6, 2013 [#17] and amended on February 18, 2014 [#29], is further modified to extend the following deadline:

- Dispositive Motion Deadline                             **June 13, 2014**

    Dated:  May 30, 2014

---

[1] "[#30]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.