IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01865-RM-KLM

THERESA PETEKEIWICZ,

    Plaintiff,

v.

POLICE CHIEF, JACK CAULEY;
CORPORAL TROY STEMBEL; and
TERRY WATTS, in their Official and Individual Capacities; and
TOWN OF CASTLE ROCK,

    Defendants.

---

**ORDER RE
JOINT STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE**

---

Upon consideration of the parties' Joint Stipulation for Dismissal of Certain Claims with Prejudice (ECF No. 50), requesting the Court to dismiss certain claims and, in effect, Defendant Cauley from Plaintiff's Complaint (ECF No. 1), it is **ORDERED** that

1. Plaintiff's Counts II, III and VI against Defendants Stembel and Watts in their official and individual capacities are dismissed with prejudice;

2. Plaintiff's Counts I and II against Defendant Cauley in his official and individual capacity are dismissed with prejudice;

3. There being no further claims against Defendant Cauley, he is dismissed from this action with prejudice and his name shall be removed from the caption in all future filings with the Court; and

4. Each party shall bear his own costs, expenses and attorney's fees related to the dismissed claims.

DATED this 4th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge